# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** DONALD & MARGERY A. SABOL
**Case Number:** 17-23083-JAD    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 25, 2018 01:30 PM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
1/29/18 8:36 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#8 - Final Confirmation of Plan Dated 7/19/2017 (NFC)
R / M #: 8 / 0

### *Appearances:*

J. Steidl

Debtor:
Trustee: Winnecour / (Pail-) Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to ___3___ , effective _____.
7. __X__ Plan/Motion continued to __3/15/18__ at __3:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/22/2018   9:11:36AM