Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Donald Sabol
Margery A. Sabol**
 Debtor(s)

Bankruptcy Case No.: 17–23083–JAD
Doc. No. 33
Chapter: 13
Docket No.: 34 – 33
Concil. Conf.: January 24, 2019 at 10:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 26, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **December 10, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **10:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: October 10, 2018

Jeffery A. Deller
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689–4002

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                          Case No. 17-23083-JAD
Donald Sabol                                                    Chapter 13
Margery A. Sabol
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: msch              Page 1 of 2          Date Rcvd: Oct 10, 2018
                              Form ID: 410            Total Noticed: 16
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 12, 2018.
db/jdb         +Donald Sabol,   Margery A. Sabol,   961 Rolling Meadows Dr.,   Greensburg, PA 15601-9052
cr             +Ally Financial,   Tucker Arensberg, P.C.,   c/o Brett A. Solomon, Esquire,   1500 One PPG Place,
                 Pittsburgh, Pa 15222-5413
14764377       +Greater Latrobe S.D. / Unity Township,   % PA Municipal Service Co.,   336 Delaware Ave,
                 Oakmont, PA 15139-2138
14668377        Hanger Clinic,   62857 Collection Center Drive,   Chicago, IL 60693-0628
14746110       +J.P. Morgan Mortgage Acquisition Corp.,   c/o Rushmore Loan Management Services,
                 P.O. Box 55004,   Irvine, CA 92619-5004
14668378       +KML Law Group,   701 Market St.- Suite 5000,   Philadelphia, PA 19106-1541
14668379        Latrobe Area and Westmoreland Hospital,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14668380       +Payday Loan,   515 G SE,   Miami, OK 74354-8224
14668381        Pennsylvania Municipal Services,   336 Delaware Avenue, Dept. W-75,   Oakmont, PA 15139-2138
14668382       +Rushmore Loan Management Services,   P.O. Box 52708,   Irvine, CA 92619-2708
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14668374        E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2018 03:19:28     Ally,   PO Box 9001952,
                 Louisville, KY 40290-1952
14675707        E-mail/Text: ally@ebn.phinsolutions.com Oct 11 2018 03:19:28     Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14668375        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 11 2018 03:25:55     Capital One,
                 PO Box 71083,   Charlotte, NC 28272-1083
14923442        E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 11 2018 03:20:56     JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,   St Cloud MN 56302
14707871        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:25:29
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14669144       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2018 03:25:54
                 PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              J.P. Morgan Mortgage Acquisition Corp.
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems,   PO Box 7999,
                 St Cloud, MN  56302-9617)
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14673611*       Ally,   PO Box 9001952,   Louisville, KY 40290-1952
14668376*       Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
14673612*       Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
14673613*       Capital One,   PO Box 71083,   Charlotte, NC 28272-1083
14673614*       Hanger Clinic,   62857 Collection Center Drive,   Chicago, IL 60693-0628
14673615*      +KML Law Group,   701 Market St.- Suite 5000,   Philadelphia, PA 19106-1541
14673616*       Latrobe Area and Westmoreland Hospital,   c/o CBCS,   PO Box 2724,   Columbus, OH 43216-2724
14673617*      +Payday Loan,   515 G SE,   Miami, OK 74354-8224
14673618*       Pennsylvania Municipal Services,   336 Delaware Avenue, Dept. W-75,   Oakmont, PA 15139-2138
14673619*      +Rushmore Loan Management Services,   P.O. Box 52708,   Irvine, CA 92619-2708
                                                                                  TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018                               Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: msch                 Page 2 of 2            Date Rcvd: Oct 10, 2018
                              Form ID: 410               Total Noticed: 16
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 10, 2018 at the address(es) listed below:
             Abagale E. Steidl    on behalf of Joint Debtor Margery A. Sabol asteidl@steidl-steinberg.com,
              julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
              ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
             Abagale E. Steidl    on behalf of Debtor Donald  Sabol asteidl@steidl-steinberg.com,
              julie.steidl@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;abby.steidl@me.com;r53037@not
              ify.bestcase.com;rlager@steidl-steinberg.com;kmeyers@steidl-steinberg.com
             Brett A. Solomon    on behalf of Creditor    Ally Financial bsolomon@tuckerlaw.com,
              agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
             James  Warmbrodt    on behalf of Creditor    J.P. Morgan Mortgage Acquisition Corp.
              bkgroup@kmllawgroup.com
             Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
             Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6
```